UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| METROPOLITAN TAXICAB BOARD OF TRADE; MIDTOWN OPERATING CORP.; SWEET IRENE TRANSPORTATION CO. INC., OSSMAN ALI; and KEVIN HEALY,<br><br>       Plaintiffs,<br>v.<br><br>CITY OF NEW YORK; MICHAEL R. BLOOMBERG, in his official capacity as Mayor of the City of New York; THE NEW YORK CITY TAXICAB & LIMOUSINE COMMISSION ("TLC"); MATTHEW W. DAUS, in his official capacity as Commissioner, Chair, and Chief Executive Officer of the TLC; PETER SCHENKMAN, in his official capacity as Assistant Commissioner of the TLC for Safety & Emissions; and ANDREW SALKIN, in his official capacity as First Deputy Commissioner of the TLC,<br><br>       Defendants. | 08 Civ. 7837 (PAC)<br><br>**NOTICE OF MOTION** |

PLEASE TAKE NOTICE that, upon the Declaration of Elizabeth Saylor, dated September 17, 2008, including all of the exhibits appended thereto, and upon the accompanying declarations, Plaintiffs' Rule 56.1 Statement, and the Memorandum of Law, Plaintiffs will move this Court, before the Honorable Paul A. Crotty, United States District Judge, at the United States Courthouse for the Southern District of New York, 500 Pearl Street, New York, New York, on a date to be determined by the Court, for an Order:

  1.  Pursuant to Fed. R. Civ. P. 65, granting plaintiffs a preliminary injunction pursuant to Fed. R. Civ. P. 65, on their claims that TLC Rule § 3.03(c)(10)-(11) is preempted by the Energy Policy and Conservation Act and/or the Clean Air Act;

  2.  Pursuant to Fed. R. Civ. P. 65, converting this motion for a preliminary injunction

into a motion for permanent relief and thereby granting plaintiffs a permanent injunction pursuant to Fed. R. Civ. P. 65, on their claims that TLC Rule § 3.03(c)(10)-(11) is preempted by the Energy Policy and Conservation Act and/or the Clean Air Act;

3. Pursuant to Fed. R. Civ. P. 56 and 28 U.S.C. § 2201 (declaratory judgment act), converting this motion for a preliminary injunction into a motion for permanent relief and granting plaintiffs a declaratory judgment stating that TLC Rule § 3.03(c)(10)-(11) is preempted by the Energy Policy and Conservation Act;

4. Such other relief available under federal, state, and local law that may be considered appropriate under the circumstances.

Dated:   September 17, 2008
         New York, New York

                          Respectfully submitted,

                          EMERY CELLI BRINCKERHOFF &
                          ABADY, LLP

                          By: _____
                              Richard D. Emery (RE 5181)
                              Elizabeth Saylor (ESS 8091)
                              75 Rockefeller Plaza, 20th Floor
                              New York, NY 10019
                              Tel: (212) 763-5000
                              Fax: (212) 763-5001