```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: May 27, 2009
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

METROPOLITAN TAXICAB BOARD OF TRADE;
MIDTOWN CAR LEASING CORP.; BATH CAB CORP.;
RONART LEASING CORP.; GEID CAB CORP.; LINDEN
MAINTENANCE CORP.; and ANN TAXI INC,

        Plaintiffs,

    -against-

CITY OF NEW YORK; MICHAEL R. BLOOMBERG,
in his official capacity as Mayor of the City of New York;
THE NEW YORK CITY TAXICAB & LIMOUSINE
COMMISSION ("TLC"); MATTHEW W. DAUS, in his
official Capacity as Commissioner, Chair, and Chief
Executive Officer of the TLC; PETER SCHENKMAN,
in his official capacity as Assistant Commissioner
for Safety & Emissions of the TLC; and ANDREW
SALKIN, in his official capacity as First Deputy
Commissioner of the TLC,

        Defendants.

------------------------------------------------------------------X

08 Civ. 7837 (PAC)

<u>ORDER</u>

HONORABLE PAUL A. CROTTY, United States District Judge:

This Order extends the effective date of TLC Rule § 1.78(a)(3)(ii) from June 1, 2009 to June 15, 2009. The Court will order further extensions of the effective date of § 1.78(a)(3)(ii), if necessary.

Defendants are directed to issue a notice or directive communicating that the $4 per shift downward adjustment in the Standard Lease Cap set forth in § 1.78(a)(3)(ii) will begin on June 15, 2009.

Dated: New York, New York
       May 27, 2009

SO ORDERED

_____
PAUL A. CROTTY
United States District Judge